UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

KATHERINE CORDELL, )
)
       Plaintiff, )
)
v. ) No. 1:13-cv-137
) Phillips/Lee
TOWN OF SIGNAL MOUNTAIN, )
*et al.*, )
)
       Defendants. )

## ORDER

For all the reasons set forth in the accompanying memorandum opinion, the plaintiff's motion to amend [Doc. 56] is **DENIED** and the defendants' motions to dismiss [Docs. 24, 38, 40, 44, 47, 49, 54, and 67] are **GRANTED**. This case is **DISMISSED** and the Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

                                s/ Thomas W. Phillips
                              SENIOR UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
  s/ *Debra C. Poplin*
  CLERK OF COURT